UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BHAVANI RENGAN,

                Plaintiff,        15-cv-4137

     - against -             <u>ORDER</u>

FX DIRECT DEALER, LLC,

                Defendant.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11/22/17

JOHN G. KOELTL, District Judge:

    A joint pretrial order, together with any motions in limine, requests to charge, and voir dire shall be submitted by **December 13, 2017**. The pretrial order shall conform to the Court's Form Joint Pretrial Order, a copy of which may be obtained from the Deputy Clerk. Any responses or objections to motions in limine must be submitted by **January 3, 2018**. The parties shall be ready for trial on forty-eight hours' notice beginning on **January 17, 2018**.

SO ORDERED.

Dated:    New York, New York
           November 22, 2017

                                        John G. Koeltl
                                 United States District Judge