**Law Office of Andrea Paparella, PLLC**
150 W. 28th Street, Suite 1603
New York, New York 10001-5304
Phone: 212-675-2523
Fax: 914-462-3287
Email: ap@andreapaparella.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/5/17

December 4, 2017

**BY ECF**
The Honorable John G. Koeltl
United States District Court
   for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

APPLICATION GRANTED
SO ORDERED
12/5/17
John G. Koeltl, U.S.D.J.

Re:   *Bhavani Rengan v. FX Direct Dealer, LLC*; Case No. 15 Civ. 4137 (JGK) (KNF)

Dear Judge Koeltl:

We represent Defendant. We respectfully request that Your Honor reset the deadlines in your Honor's November 22, 2017 Order as follows: (i) joint deadline to submit pretrial order, motions in limine, requests to charge, and voir dire, from December 13, 2017, to February 1, 2018 ~~2017~~; (ii) deadline for responses or objections to motions in limine, from January 3, 2018 to February 22, 2018; and (iii) the date from which parties should be ready for trial on forty-eight hours' notice, from January 17, 2018 to March 8, 2018.

[handwritten margin: 2/6/17 12/5/17]

This is the first request to extend these deadlines, and opposing counsel consents.

The reason for the request is that Andrea Paparella, Defendant's sole counsel, was in a serious highway car accident on Friday, December 1, 2017. The car she was a front seat passenger in was hit head on. The drivers and passengers of both cars, including Ms. Paparella, were hospitalized.

Respectfully Submitted,

*/s/ Shannon Mataragas*
Shannon Mataragas
Paralegal

cc: Thomas A. McKinney (by ECF)